# Supreme Court of Maryland

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Gregory Hilton,
Clerk

(410) 260-1500
(800) 926-2583

August 25, 2026

**NOTICE**

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, give notice, pursuant to Maryland Rule 19-761(b), that, by the Supreme Court of Maryland's August 25, 2026, Order, **JAY BARRY SHUSTER** has been placed on disability inactive status by consent, effective immediately, and his name has been stricken from the register of attorneys in this Court as of August 25, 2026.

Jay Barry Shuster's attorney number is: **8105010224.**

/S/ Gregory Hilton
Clerk