| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 8 |
| JAY BARRY SHUSTER | * | September Term, 2026 |

# O R D E R

Upon consideration of the "Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent and Request for Appropriate Relief" filed by the parties in the above-captioned case on August 24, 2026, in which the parties jointly petition this Court to transfer Respondent, Jay Barry Shuster, to disability inactive status pursuant the joint petition accompanied by an affidavit by the Respondent under Maryland Rule 19-736(c)(2), it is this 25th day of August 2026,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent and Request for Appropriate Relief is GRANTED; and it is further

ORDERED, that pursuant to Maryland Rules 19-736(c) and 19-740(c), Respondent, Jay Barry Shuster, is hereby transferred to disability inactive status by consent, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.

SUPREME COURT OF MARYLAND

/s/ Shirley M. Watts
Senior Justice